UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE ROGERS, | No. 2:17-cv-2502 KJN P |
| Plaintiff, | |
| v. | ORDER |
| RUSSEL GREENE, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's trust account statement for the six-month period immediately preceding the filing of

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

this action.

In addition, it appears that the instant complaint crossed in the mail with this court's December 4, 2017 order directing the Clerk of the Court to file plaintiff's civil rights complaint challenging plaintiff's April 18, 2016 arrest in Nevada County in his earlier-filed action, Rogers v. Nevada County, No. 2:17-cv-1162 MCE EFB (E.D. Cal.). See Rogers v. Nevada County Sheriff Office, Case No. 2:17-cv-2119 KJN (E.D. Cal.). As plaintiff was advised in the December 4 order, plaintiff is required to bring all challenges pertaining to the April 18, 2016 arrest in one action. Thus, in order to avoid incurring another $350.00 filing fee, plaintiff may wish to withdraw the instant complaint or voluntarily dismiss this action. If the instant complaint includes allegations not contained in the civil rights complaint recently filed in Case No. 2:17-cv-1162 MCE EFB, plaintiff should seek leave to amend in that action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; OR plaintiff may file a notice withdrawing the instant complaint or voluntarily dismissing this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: December 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/roge2502.3a

2